*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00240-CV

**IN RE MIKE HOOKS, INC.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting: Sandee Bryan Marion, Justice
    Steven C. Hilbig, Justice
    Marialyn Barnard, Justice

Delivered and Filed: May 27, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

  On April 27, 2009, relator filed a petition for writ of mandamus, seeking to compel the trial court vacate its March 30, 2009 order denying relator's motion to transfer venue under section 15.0181 of the Texas Civil Practice and Remedies Code. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

                PER CURIAM

---

[1] This proceeding arises out of Cause No. DC-08-428, style *Erasmo Garcia v. Mike Hooks, Inc.*, pending in the 229th Judicial District Court, Starr County, Texas, the Honorable Alex W. Gabert presiding.